**Opinion issued May 14, 2026**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-26-00510-CV

————————————

## IN RE REINALDO J. AGUIAR MARCANO, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

On May 13, 2026, Relator Reinaldo J. Aguiar Marcano filed a petition for writ of mandamus requesting that our Court "issue an Emergency Order staying and cancelling" a "contempt/enforcement hearing set for May 14, 2026, in the 387th District Court."[1] We deny the petition and all related requests for relief.

---

[1] The underlying case is *In the Matter of the Marriage of Gloria Espina and Reinaldo J. Aguiar and In the Interest of M.A.A., a child,* cause number 25-DCV-328122, pending in the 387th District Court of Fort Bend County, Texas, the Honorable Oscar M. Telfair III presiding.

## PER CURIAM

Panel consists of Justices Rivas-Molloy, Gunn, and Caughey.